**Order entered September 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00748-CV

**PARALLEL NETWORKS, LLC, Appellant**

**V.**

**JENNER & BLOCK, LLP, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01146-E**

## ORDER

We **GRANT** appellant's August 30, 2013 second motion for an extension of time to file a brief. Appellant shall file its brief on or before September 16, 2013. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/  DAVID LEWIS
    JUSTICE